PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Dominic Smith**

**Docket No. 0:00CR00127-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Dominic Smith** who was sentenced for Possession of Child Pornography on April 17, 2001, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Computer/Internet Restrictions
- No Accessing Child Pornography
- Financial Disclosure
- Drug Treatment
- Alcohol Treatment
- Mandatory Urinalysis
- Mental Health Treatment
- 180 Days Community Corrections Center

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 26, 2005, at approx 9:00 a.m., the undersigned officer made contact with Mr. Smith at his residence. Mr. Smith submitted to an alcohol breath test. He blew a 0.116 and then a 0.099. Mr. Smith advised that a couple of co-workers took him out and he had four tall beers. Then he had three to four shots of vodka at home and went to bed at 1:30 a.m. Although this is not a violation, Mr. Smith sustained a DWI conviction and completed outpatient treatment within the last year.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

ORDER OF THE COURT

Considered and ordered this 8th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on July 7, 2005
Place St. Paul

c: United States Sentencing Commission

SCANNED
JUL 08 2005
U.S. DISTRICT COURT ST. PAUL