Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Nathan Dominic Smith

Docket No. 0:00CR00127-001(RHK)

## HEARING WAIVER

I, Nathan Dominic Smith, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed: ______________________
Nathan Dominic Smith
Supervised Releasee

Dated: 6/30/05

Witness: ______________________
Douglas S. Stevens
U.S. Probation Officer

SCANNED
JUL 08 2005
U.S. DISTRICT COURT ST. PAUL