PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Dominic Smith**

**Docket No. 0:00CR00127-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Dominic Smith** who was sentenced for Possession of Child Pornography on April 17, 2001, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Computer/internet restrictions, no accessing child pornography, financial disclosure, drug treatment, alcohol treatment, mandatory urinalysis, and mental health treatment
180 Days community corrections center (modified on September 31, 2004)
Abstain from alcohol/intoxicants and not frequent bars (modified on July 8, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Smith violated the conditions of supervised release based on the following:** On April 22, 2006, Mr. Smith was found to be consuming alcohol. He blew a .040 and .038. Further, Mr. Smith was in possession of a computer for the apparent purpose of listening to music. There was no land line or known wireless internet connection in Mr. Smith's apartment.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of up to June 15, 2006, in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 2 day of ~~July,~~ MAY 2006 and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

for Douglas S. Stevens
U.S. Probation Officer

Executed on May 1, 2006
Place Minneapolis

SCANNED
MAY 04 2006
U.S. DISTRICT COURT ST. PAUL