Prob 49

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States v. Nathan Dominic Smith

Docket No. 0:00CR00127-001(RHK)

## HEARING WAIVER

I, Nathan Dominic Smith, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of home detention (until June 15, 2006) program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: [signature]
Nathan Dominic Smith
Supervised Releasee

Dated: 4-26-06

Witness: [signature]
Douglas S. Stevens
U.S. Probation Officer

SCANNED
MAY 04 2006
U.S. DISTRICT COURT ST. PAUL